IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARDSON MILLING, INC.,<br><br>Petitioner,<br><br>vs.<br><br>THE BAKERY, CONFECTIONERY, TOBACCO WORKERS, AND GRAIN MILLERS INTERNATIONAL UNION, LOCAL 50G,<br><br>Respondent. | 8:17CV383<br><br>ORDER |

As requested in the parties' motion, (filing no. 23), which is hereby granted,

IT IS ORDERED:

1) Plaintiff's response to the Cross-Motion to Confirm Arbitration Award (Filing No. 19) shall be filed on or before December 7, 2017.

2) Any reply by Defendant shall be filed on or before December 26, 2017.

November 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge